

# NUMBER 13-23-00441-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CITY OF BROWNSVILLE,                                                      Appellant,

v.

H20 CONSTRUCTION SERVICES, INC.,                              Appellee.

## On appeal from the 445th District Court
## of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Justices Longoria, Silva, and Peña**
**Memorandum Opinion by Justice Longoria**

This matter is before the Court on appellant's motion to dismiss. Appellant no longer wishes to prosecute this appeal as the parties have successfully mediated the underlying lawsuit and resolved the dispute.

The Court, having considered the motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(2). The motion to dismiss is granted, and the appeal is hereby dismissed. Costs are taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

NORA L. LONGORIA
Justice

Delivered and filed on the
25th day of January, 2024.